UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20188-CIV-GOLD-McALILEY

GEOVANNI MANUEL HERRERA DEL ORBE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## ORDER FOLLOWING TELEPHONIC STATUS CONFERENCE

THIS CAUSE is before the Court following a telephonic status conference held on April 15, 2008 in which Defendant's Motion to Stay Discovery [DE 20] was discussed. During the conference, Plaintiff informed the Court that he does not oppose a temporary stay of discovery pending resolution of Defendant's Motion to Compel Arbitration [DE 3] and Plaintiff's Motion to Remand [DE 5], both of which will be heard by the Court on May 2, 2008.

Accordingly, it is hereby ORDERED AND ADJUDGED:

1. Defendant's Motion [DE 20] is GRANTED.

2. Discovery in this matter is STAYED pending resolution of the Motion to Compel Arbitration [DE 3] and the Motion to Remand [DE 5].

4/16/08

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Chris M. McAliley
Counsel of record